UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SISOMPHONE PHANVONGKHAM, FELICIA NAVARRO,<br><br>Plaintiffs,<br><br>vs.<br><br>GSF PROPERTIES, INC., *et al.*,<br><br>Defendants. | Case No. 1:17-cv-00051-DAD-EPG<br><br>ORDER STRIKING AND SEALING DOCUMENTS CONTAINING IMPROPER MATERIAL AND GRANTING LEAVE TO RE-FILE<br><br>(ECF Nos. 1-3) |

    Plaintiffs Sisomphone Phanvongkham and Felicia Navarro, appearing *pro se*, filed a Complaint on January 12, 2017 (ECF No. 1) and two motions to proceed *in forma pauperis* (ECF Nos. 2-3). The Court has reviewed the Complaint[1] and Motions to Proceed *In Forma Pauperis* and finds that the filings contain private identifying information concerning a minor.

    Federal Rule of Civil Procedure 5.2 provides:

> (a) Redacted Filings. Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:

---

[1] To the extent that the Plaintiffs intended to file Complaint initiating this action under seal, that request is denied due to the absence of good cause. *See* CAED-LR 141(a).

1

> (1) the last four digits of the social-security number and taxpayer-identification number;
> (2) the year of the individual's birth;
> (3) the minor's initials; and
> (4) the last four digits of the financial-account number.

Fed. R. Civ. P. 5.2(a).  Furthermore, the Local Rules of this Court further provide that:

> (a) Privacy In General. Except as set forth below, pursuant to the Judicial Conference Policy on Privacy and Electronic Access to Case Files, and the EGovernment Act of 2002, Pub. L. No. 107-347, effective April 16, 2003, when filing documents, counsel and the Court shall omit or, where reference is necessary, partially redact the following personal data identifiers from all pleadings, documents, and exhibits, whether filed electronically or on paper, unless the Court orders otherwise:
> > (i) Minors' names: In criminal actions, use the minors' initials; in civil actions use initials when federal or state law require the use of initials, or when the specific identity of the minor is not necessary to the action or individual document;
> > (ii) Financial account numbers: Identify the name or type of account and the financial institution where maintained, but use only the last four numbers of the account number;
> > (iii) Social Security numbers: Use only the last four numbers;
> > (iv) Dates of birth: Use only the year;
> > (v) Home addresses in criminal actions only; use only the city and state; and
> > (vi) All other circumstances: Redact when federal law requires redaction.

CAED-LR 140.

Plaintiffs are advised that they are held to the same standards as professional attorneys in filing documents with the court.  All rules apply equally to them irrespective of their *pro se* status.

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, the Court hereby STRIKES the filings (ECF Nos. 1-3) from the docket and directs Plaintiffs to re-file the documents in manner that complies with the rules of this Court within 14 days.

Failure to follow the directives of this order will result in dismissal of this action.

\\\

\\\

\\\

For the protection of the minor, the Clerk is directed to place the filings (ECF Nos. 1-3) under seal.

IT IS SO ORDERED.

Dated:   **January 13, 2017**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE