# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SISOMPHONE PHANVONGKHAM, FELICIA NAVARRO,<br><br>Plaintiffs,<br><br>vs.<br><br>GSF PROPERTIES, INC., *et al.*,<br><br>Defendants. | Case No. 1:17-cv-00051-DAD-EPG<br><br>ORDER STRIKING AND SEALING MOTIONS TO PROCEED IN FORMA PAUPERIS AND GRANTE LEAVE TO RE-FILE<br><br>(ECF Nos. 6-7) |

Plaintiffs Sisomphone Phanvongkham and Felicia Navarro, appearing *pro se*, filed a Complaint on January 12, 2017 (ECF No. 1) and two motions to proceed *in forma pauperis* (ECF Nos. 2-3). On January 13, 2017, the Court issued an order striking all three filings because they contained private identifying information concerning a minor. (ECF No. 4.) Leave was granted to re-file the documents. (*Id.*)

On February 2, 2017, the Plaintiffs re-filed the complaint (ECF No. 5) and two motions to proceed *in forma pauperis* (ECF Nos. 6-7).

The Court has reviewed the re-filed Complaint and Motions to Proceed *In Forma Pauperis*. The Court finds that re-filed Complaint does not contain private identifying information concerning a minor. To the extent that the Plaintiffs intended to re-file Complaint under seal, that request is denied due to the absence of good cause. *See* CAED-LR 141(a).

However, Plaintiffs again improperly included the full name of a minor in response to question 7 in the Motions to Proceed *In Forma Pauperis* (ECF Nos. 6-7). As stated in the Court's January 13, 2017 order, documents filed on the public document may not contain private identifying information concerning a minor. *See* Fed. R. Civ. P. 5.2; CAED-LR 140. Furthermore, question 7 of the form clearly indicates that if the person is a dependent under the age 18, the applicant must state the "initials only" of the minor.

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, the Court hereby STRIKES the re-filed Motions to Proceed *In Forma Pauperis* (ECF Nos. 6-7) from the docket and directs Plaintiffs to re-file the motions in manner that complies with the rules of this Court within 14 days.

The re-filed Complaint (ECF No. 5) may ***not*** be re-filed.

Failure to follow the directives of this order will result in dismissal of this action.

For the protection of the minor, the Clerk is directed to place the re-filed Motions to Proceed *In Forma Pauperis* (ECF Nos. 6-7) under seal.

IT IS SO ORDERED.

Dated:   **February 3, 2017**         /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2